# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | No. 3:05-CR-146 |
| ) | (Phillips) |
| **JASMINE DESREKA CROWLEY** ) | |

## ORDER

Defendant has moved the court for an order allowing her to file her sentencing memorandum and motion for downward departure under seal [Doc. 126]. For the good cause stated, the motion is **GRANTED.**

         **ENTER:**

           s/ Thomas W. Phillips
          United States District Judge